ATTORNEY 10295

STATE OF ILLINOIS )
                  ) SS
COUNTY OF COOK    )

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 26 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Mortgage Electronic Registration Systems | ) |
| | ) |
| Plaintiff, | ) No. 03 C 3872 |
| v. | ) Judge Plunkett |
| | ) Magistrate Judge Keys |
| Claude Lee Benson, Luradine Benson | ) |
| County of Cook, et al, | ) |
| | ) |
| Defendants | ) |

## NOTICE OF FILING

TO: Fisher & Fisher
120 N. La Salle Street
Suite 2520
Chicago, IL. 60602

DOCKETED
JUN 30 2003

PLEASE TAKE NOTICE that on the 26th day of June 2003, I caused to be filed with the United States District Court For The Northern District Of Illinois Eastern Division attached ANSWER TO COMPLAINT FOR FORECLOSURE OF MORTGAGE.

RICHARD A. DEVINE
State's Attorney of Cook County

John Egan, A.S.A.
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-6325

## CERTIFICATE OF SERVICE

I, John Egan, Assistant State's Attorney, hereby certify I mailed a copy of the attached ANSWER TO COMPLAINT FOR FORECLOSURE OF MORTGAGE to those persons at the addresses, by depositing the same in the U. S. mail at 500 Richard Daley Center, Chicago, Illinois 60602, postage prepaid, at 5:00 p.m. on June 26, 2003.

John Egan

4

ATTORNEY 10295

STATE OF ILLINOIS )
                  ) SS
COUNTY OF COOK    )

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 2 6 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mortgage Electronic Registration Systems )
                                         )
                    Plaintiff,           )    No. 03 C 3872
            v.                           )
                                         )
Claude Lee Benson, Luradine Benson,      )
County of Cook, et al,                   )
                                         )
                    Defendants

ANSWER TO COMPLAINT TO FORECLOSE MORTGAGE

DOCKETED
JUN 3 0 2003

As its Answer to Plaintiff's complaint to foreclose mortgage, the County of Cook states:

1. The County of Cook admits the allegations of paragraphs 1 and 2.

2. As to paragraph 4L, the County of Cook has an interest in the mortgaged real estate by virtue of a memorandum of judgment entered October 26, 2001 in favor of the County of Cook and recorded November 08, 2001 as document number 0011054190. The memorandum of judgment arose out of a lawsuit filed by the County of Cook against Claude Lee Benson and Luradine Benson in the case number 00 M1 605767.

3. The County of Cook states that it's interest in or lien on the mortgaged real estate is subject only to that of the plaintiff, and superior to that of all other defendants herein.

4. The County of Cook makes no answer as to the remaining allegations of the complaint to foreclose mortgage, as they are not directed to this defendant.

4

Wherefore, the County of Cook respectfully requests:

1. That the Honorable Court adjudicate equities of the parties and find that the County of Cook has valid and subsisting interests or liens on the mortgaged real estate subordinate only to that of the plaintiff, and superior to that of all other defendants herein.

2. That the County of Cook further requests inclusion of its interest or liens in any judgment of foreclosure entered herein.

Respectfully Submitted,

Richard A. Devine
State's Attorney of Cook County

John Egan, A.S.A.
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-6325